# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

---

Amended Petition for Arrest Warrant for Offender Under Supervision

---

| | |
|---|---|
| **Name of Offender** | **Docket Number** |
| Carl Kenny Pitts | 0971 3:10CR00338-001 SI |

**Name of Sentencing Judge:** The Honorable Susan Illston
Senior United States District Judge

**Date of Original Sentence:** June 24, 2011

**Original Offense**
Count One: Possession of Cocaine with Intent to Deliver, 21 U.S.C. § 841(a)(1), a Class C Felony.

**Original Sentence:** 45 months custody; three years supervised release
**Special Conditions:** drug treatment; special assessment $100; register as a drug offender pursuant to state law; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection.

**Prior Form(s) 12:**

On October 6, 2015, the Court took judicial notice that the offender submitted a drug test positive for marijuana and cocaine.

On January 26, 2016, a Petition for Summons for Offender Under Supervision was filed alleging that the offender failed to work at a lawful occupation; failed to follow the instructions of the probation officer; and refused to allow the probation officer to visit him at home or elsewhere. On March 11, 2016, the Court took judicial notice of the offender's violations and continued him on supervision. Mr. Pitts expressed an interest in participating in the District's reentry court program and was accepted into the program on March 28, 2016.

On February 6, 2017, a Petition for Arrest Warrant for Offender Under Supervision was filed. The offender appeared before the Honorable Laurel Beeler on February 14, 2017, and was arraigned on charges one through four of this petition. The matter is currently set for identification of counsel and setting of future proceedings on February 16, 2017. Mr. Pitts remains in custody.

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | July 21, 2015 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Kevin Barry | John Runfola (Appointed) |

## Petitioning the Court

**To take notice of the Amended Petition for Arrest Warrant for Offender Under Supervision. Additional violations are highlighted in bold.**

I, Jennifer Hutchings, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number seven that he shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to a controlled substance, except as prescribed by a physician. |

>On February 2, 2016, a vehicle driven by Mr. Pitts was involved in a traffic stop by Daly City Police Department. The passenger in the vehicle, identified as Carlita Fowler, was known to officers from a previous contact. Ms. Fowler lied to police when they asked her identity, saying she was Malia Gonzales. Communications advised that Ms. Fowler had a felony warrant out of the San Mateo County Sheriff's Office. The driver of the vehicle provided a California driver's license, which identified him as Carl Pitts. Ms. Fowler was asked if she had anything illegal on her person, she advised she had a pipe in her bra. The pipe was located, along with $800 in U.S. Currency. Fowler was asked if she had drugs on her person, she advised she did not.

>Mr. Pitts' person was searched and $4985 in U.S. Currency was located. He advised there was nothing illegal in the vehicle and refused to give consent for officers to search it. Ms. Fowler was on probation with a search and seizure condition. A K-9 officer was brought to the scene. Items belonging to Pitts and Fowler were placed on the ground for the K-9 narcotics dog to sniff. The dog alerted to the U.S. Currency and Ms. Fowler's purse. When at the vehicle, the dog alerted to the driver's seat, between the seat and the door. Officers then located a scale containing drug residue on the floor of the driver's seat, between

the seat and the door. A search of Fowler's purse was conducted and a bundle of heroin was located inside. Ms. Fowler advised police she had no other drugs on her person, soon reconsidered and produced a baggy of methamphetamine she had in her underwear. The U.S. Currency was returned to Mr. Pitts and he was released.

Ms. Fowler was read her Miranda Rights and interviewed. She advised that she hide the methamphetamine in her underwear when Mr. Pitts told her he was being stopped by the police. When Fowler arrived at the jail she was searched again. Ms. Fowler was wearing a jacket, in which there was a hole in the lining. Inside the lining of the jacket, officers located a large amount of cocaine base, cocaine, heroin, and methamphetamine. Ms. Fowler advised that the jacket belonged to Mr. Pitts and that it had been in his car when he picked her up and he had given it to her to wear. Total narcotics seized both at the vehicle and at the jail was 9.8 grams of cocaine base; 18.4 grams of heroin; 81.73 grams of methamphetamine and 3.9 grams of cocaine. The amounts far exceed a useable quantity and indicate narcotics sale activity.

This is evidenced by Daly City Police Department report number 17000918.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe that the offender violated standard condition number nine that he not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer. |

As indicated in Charge 1 of the petition, Mr. Pitts is associating with Carlita Fowler, a person involved in criminal activity and who is a convicted felon. Carlita Fowler has a felony conviction for attempted 2nd degree robbery and a felony conviction for possession for sale.

This is evidenced by Daly City Police Department report number 17000918 and Carlita Fowler's criminal history report.

| Charge Number | Violation |
|---|---|
| Three | There is probable cause to believe that the offender violated standard condition number eleven that he shall notify the probation officer with seventy-two hours of being arrested or questioned by law enforcement officer. |

To date, Mr. Pitts has failed to report his contact with police on February 2, 2016, as indicated in Charge 1 of this petition.

This is evidenced by Daly City Police Department report number 17000918.

| Charge Number | Violation |
|---|---|
| Four | There is probable cause to believe that the offender violated standard condition number two that he submit a truthful and complete written report within the first five days of each month. |

The offender's last monthly report was submitted on January 17, 2017. In that report, he indicated that he did not have any vehicles in which he owned or operated. The vehicle involved in the traffic stop as indicated in Charge 1 is registered to Carl Pitts. He also indicated that he earns $2400 per month from his employment and had $200 in his checking account. He reports no cash inflow from other sources. As indicated in Charge 1, Mr. Pitts had $4,985.00 on his person when contacted by police on February 2, 2017.

This is evidenced by the offender's monthly report, maintained by the probation office and a vehicle registration check of a 2008 blue Lexus, license plate number 6CDB109.

| Charge Number | Violation |
|---|---|
| **Five** | **There is probable cause to believe that the offender violated standard condition number two that he submit a truthful and complete written report within the first five days of each month.** |

**Mr. Pitts submitted monthly supervision reports on January 17, 2017 and February 13, 2017. On these monthly supervision reports, Mr. Pitts reported that he lives at 55 Jules in San Francisco. During the 18 months that Mr. Pitts has been on supervision, this officer has never been able to locate him at the address on Jules, unless scheduled with him in advance. In Charge Four it is alleged that Mr. Pitts owned and operated a vehicle that he did not disclose to probation. That vehicle is registered to Mr. Pitts at 6666 3rd St. Unit D in San Francisco. It is alleged that this is his actual residence and where he has been residing.**

**Mr. Pitts also maintains that he only has one bank account, a Wells Fargo account ending in 9885. During a probation search of his vehicle on February 13, 2017, receipts were located that show Mr. Pitts depositing checks made out to him into a Bank of America account ending in 3843. The available balance on the account was $3,005.32. Receipts were also located for the Wells Fargo account ending in 9885, which Mr. Pitts reports as his account. A check made out to Yoshida Ellis was deposited into this**

> account, with the available balance on the account being $10,864.48.
>
> **This is evidenced by the offender's monthly reports, maintained by the probation office and a vehicle registration check of a 2008 blue Lexus, license plate number 6CDB109.**

| Charge Number | Violation |
|---|---|
| **Six** | **There is probable cause to believe that the offender violated a standard condition of supervision that he not commit another federal, state or local crime.** |

> **The offender is in violation of California Penal Code 502.6, misdemeanor-any person who knowingly, willfully, and with the intent to defraud, uses a scanning device or reencoder to access, read, obtain, memorize or store, temporarily or permanently, information encoded on the magnetic strip or stripe of payment card without permission of the authorized user. When Mr. Pitts was arrested on February 13, 2017, a probation search of his vehicle was conducted. The following items were located in his vehicle: three cell phones; $2,400 in cash; 28 cash gift cards; a debit card belonging to a Brittney Freeman; and one payment card scanning device (that had Bluetooth capabilities). When arrested, Mr. Pitts also had on his person a California Driver's License belonging to a John David Male.**
>
> **This is evidenced by a chronological record of this case dated February 13, 2017.**

Based on the foregoing, we request that the Court take judicial notice of the additional charges (highlighted in bold) and incorporate them into the petition filed last filed on February 6, 2017.

Respectfully submitted,                     Reviewed by:

_____                   _____
Jennifer Hutchings                          Robert E. Tenney
U.S. Probation Officer                      Supervisory U.S. Probation Officer
Date Signed: February 15, 2017

**RE:** Pitts, Carl Kenny  6
0971 3:10CR00338-001 SI

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ To take notice of the Amended Petition for Arrest Warrant for Offender Under Supervision and incorporates the additional charges into all future hearings.

☐ Other:

| 2/15/17 | *Susan Illston* (signature) |
|---|---|
| Date | Susan Illston<br>Senior United States District Judge |

APPENDIX

Grade of Violations: C [USSG § 7B1.1(a)(3), p.s.]

Criminal History at time of sentencing: III

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 2 years custody<br>18 U.S.C. § 3583(e)(3) | 5-11 months custody<br>USSG § 7B1.3(g)(2),p.s. |
| **Supervised Release:** | 3 years less any custody<br>18 U.S.C. § 3583(h) | 3 years less any custody<br>USSG § 7B1.3(g)(2), p.s. |
| **Probation:** | Not Applicable | Not Applicable |