1  JOHN RUNFOLA, (CSBN 096058)
   PIER 9, SUITE 100
2  THE EMBARCADERO
   SAN FRANCISCO, CA 94111
3  415-391-4243 – Telephone
   415-391-5161 – Facsimile
4  John@johnmrunfola.com

5  Attorney for Defendant Carl Pitts

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES, | Case No.: 3:10 CR 00338-001 SI |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | vs. | **STIPULATION AND [PROPOSED] ORDER OF RELEASE** |
| 14 | CARL PITTS, | |
| 15 | Defendant. | |

16

17       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, THAT THE UNITED

18  STATES release Mr. Carl Pitts before 8 a.m. on Friday, March 3, 2017 and Friday, March 31,

19  2017
    2016 so that he may attend medical appointments at San Francisco General Hospital on March 3

20  at 2:15 p.m., and March 31 at 1:00 p.m.

21

22       Upon Mr. Pitts' release, he shall proceed directly to San Francisco General Hospital,

23  Building 5, Floor 3 for his appointments. After his appointments, he is to immediately return to

24  his residence at 55 Jules Street in San Francisco, and remain there until he leaves to surrender to

25  the United States Marshal the Monday following each appointment. Mr. Pitts is to surrender

26  himself to the United States Marshal Service at 450 Golden Gate Avenue, 20th Floor by 9 a.m. on

27  Monday, March 4, 2017 and Monday, April 1, 2017.

28

SO STIPULATED:

Dated: February 28, 2017                    /s/
                                    _____
                                    JOHN M. RUNFOLA
                                    Counsel for Defendant Carl Pitts


Dated: February 28 2017

                                            /s/
                                    _____
                                    KEVIN J. BARRY
                                    Assistant United States Attorney


Attestation of Filer

In addition to myself, the other signatory to this document is Kevin Barry. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.


DATED: February 27, 2017            _____/s/_____

                                    JOHN M. RUNFOLA


[PROPOSED] ORDER

For the reasons stated above, the Court accepts the proposed stipulation of the parties.


IT IS SO ORDERED.


Dated: 2/28/2017                    _____
                                    HONORABLE LAUREL BEELER
                                    United States District Judge