UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** 4/7/2017     **Time:** 10 Minutes     **Judge:** SUSAN ILLSTON

**Case No.:** 10-cr-00338-SI-1     **Case Name:** U.S. v. CARL KENNY PITTS (c,p)

Attorney for Govt. : Kevin Barry**:**
Attorney for Defendant: John Runfola
Defendant: Carl Kenny Pitts - In Custody, Present

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Rhonda Aquilina
**Interpreter:** N/A     **Probation Officer:** Jennifer Hutchins

PROCEEDINGS

1) Revocation Supervised Release - Held.

SUMMARY

Defendant sworn and advised of rights.

Defendant admits to Charges 2 and 3 of the Form 12. Supervised Release is revoked. The Court imposed the following sentence: Custody: 10 months with 12 months of supervised release to follow. It is recommended that defendant be housed in a California facility as close to the Bay Area as possible due to close proximity to family. See Judgment for special conditions.